# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145354

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHAEL WAYNE WELLMAN,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145354
COA: 306861
Clinton CC: 07-008187-FC

      On order of the Court, the application for leave to appeal the May 2, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

Clerk

t1113